WASSERMAN v. UNITED STATES et al. (Circuit Court of Appeals. Eighth Circuit. February 12, 1909.) No. 2,160. In Error to the Circuit Court of the United States for the Eastern District of Missouri. David Goldsmith

and M. B. Jonas, for plaintiff in error. H. W. Blodgett, U. S. Atty., Seddon & Holland, and George F. McNulty, for defendants in error.

PER CURIAM. Reversed, per stipulation, at costs of plaintiff in error, except attorney's fee, and remanded, with directions to dismiss proceeding. See 161 Fed. 722, 88 C. C. A. 582.